# United States District Court
## For The Western District of North Carolina
## Asheville Division


ALBERT C. BURGESS, JR.,

        Petitioner,

vs.

ATTORNEY GENERAL OF
THE UNITED STATES,

        Respondent.

JUDGMENT IN A CIVIL CASE

1:12-cv-72-RJC
(1:09-cr-17-GCM)


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2012 Order.


Signed: April 23, 2012

Frank G. Johns, Clerk
United States District Court