# United States District Court
# For The Western District of North Carolina
# Asheville Division

ALBERT C. BURGESS, JR.,

    Petitioner,

vs.

ATTORNEY GENERAL OF
THE UNITED STATES,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:12-cv-72-RJC
(1:09-cr-17-GCM)

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/23/2012 Order.

Signed: April 23, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court